USCA11 Case: 17-11009    Document: 102    Date Filed: 07/05/2017    Page: 1 of 17

No. 17-11009

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**MARNIKA LEWIS, et al.,**
*Plaintiffs-Appellants,*
v.
**STATE OF ALABAMA, et al.,**
*Defendants-Appellees.*

**APPEAL FROM**

**THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION**
Case No. 2:16-cv-690-RDP (Hon. R. David Proctor)

---

**BRIEF OF DEFENDANTS-APPELLEES**
**CITY OF BIRMINGHAM AND MAYOR WILLIAM A. BELL, SR.**

---

For the Appellees:

Fredric L. Fullerton, II
Assistant City Attorney
City of Birmingham
710 N. 20TH Street, Room 600
Birmingham, Alabama 35203
(205) 254-2369
Fredric.Fullerton@birminghamal.gov

Kayla S. Lawrence
Assistant City Attorney
City of Birmingham
710 N. 20TH Street, Room 600
Birmingham, Alabama 35203
(205) 254-2369
Kayla.Lawrence@birminghamal.gov

USCA11 Case: 17-11009    Document: 102    Date Filed: 07/05/2017    Page: 2 of 17

## DEFENDANTS - APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 26.1, Defendants -Appellees City of Birmingham and William A. Bell, Sr. hereby state that no Defendants - Appellees has any parent corporation or issues shares to the public. Pursuant to Eleventh Circuit Rules 26.1-1 and 28-1(b), Defendants - Appellees hereby certify that, to the best of their knowledge, the following individuals and entities have an interest in the outcome of this appeal:

1. Adams, Antoin – Plaintiff-Appellant.

2. Alabama Legislative Black Caucus – Plaintiff-Appellant.

3. Alabama State Conference of the National Association for the Advancement of Colored People – Plaintiff-Appellant.

4. Alexander, Louise – Member of the Alabama Legislative Black Caucus.

5. Bandy, George – Member of the Alabama Legislative Black Caucus.

6. Bell, Sr. William A. – Mayor of Birmingham, AL, Defendant-Appellee.

7. Blacksher, James U. – Counsel for Plaintiffs-Appellants Alabama Legislative Black Caucus and members thereof.

8. Boyd, Barbara – Member of the Alabama Legislative Black Caucus.

9. Bracy, Napoleon – Member of the Alabama Legislative Black Caucus.

10. Brasher, Andrew Lynn – Counsel for Defendants-Appellees the State of Alabama and Attorney General Steve Marshall.

i

11. Brown, Eric P. – Counsel for Plaintiffs-Appellants Marnika Lewis, Antoin Adams, NAACP Alabama State Conference, and Greater Birmingham Ministries.

12. Buskey, James – Member of the Alabama Legislative Black Caucus.

13. Carlson, Mary Joyce – Counsel for Plaintiffs-Appellants Marnika Lewis, Antoin Adams, NAACP Alabama State Conference, and Greater Birmingham Ministries.

14. Chisholm, Barbara J. – Counsel for Plaintiffs-Appellants Marnika Lewis, Antoin Adams, NAACP Alabama State Conference, and Greater Birmingham Ministries.

15. City of Birmingham, Alabama – Defendant-Appellee.

16. Clarke, Adline – Member of the Alabama Legislative Black Caucus.

17. Clemon, U.W. – Counsel for Plaintiffs-Appellants Alabama Legislative Black Caucus and members thereof.

18. Coleman, Linda – Member of the Alabama Legislative Black Caucus.

19. Dunn, Priscilla – Member of the Alabama Legislative Black Caucus.

20. Coleman-Evans, Merika – Member of the Alabama Legislative Black Caucus.

21. Connor, Glen M. – Counsel for Plaintiffs-Appellants Marnika Lewis, Antoin Adams, NAACP Alabama State Conference, and Greater Birmingham Ministries.

22. Daniels, Anthony – Member of the Alabama Legislative Black Caucus.

23. Davies, George N. – Counsel for Plaintiffs-Appellants Marnika Lewis, Antoin Adams, NAACP Alabama State Conference, and Greater Birmingham Ministries.

24. Davis, James W. – Counsel for Defendants-Appellees the State of Alabama and Attorney General Steve Marshall.

25. Drummond, Barbara – Member of the Alabama Legislative Black Caucus.

26. England, Chris – Member of the Alabama Legislative Black Caucus.

27. Figures, Vivian – Member of the Alabama Legislative Black Caucus.

28. Forte, Berry – Member of the Alabama Legislative Black Caucus.

29. Fullerton, II, Fredric L. – Counsel for Defendants-Appellees the City of Birmingham and Mayor William A. Bell.

30. Givan, Juandalynn – Member of the Alabama Legislative Black Caucus.

31. Greater Birmingham Ministries – Plaintiff-Appellant.

32. Grimsley, Dexter – Member of the Alabama Legislative Black Caucus.

33. Hall, Laura – Member of the Alabama Legislative Black Caucus.

34. Hollis, Rolanda – Member of the Alabama Legislative Black Caucus.

35. Holmes, Alvin – Member of the Alabama Legislative Black Caucus.

36. Howard, Ralph – Member of the Alabama Legislative Black Caucus.

37. Jackson, Thomas – Member of the Alabama Legislative Black Caucus.

38. Knight, Jr., John – Member of the Alabama Legislative Black Caucus.

39. Lawrence, Kayla S. – Counsel for Defendants -Appellees the City of Birmingham and Mayor William A. Bell.

40. Lawrence, Kelvin – Member of the Alabama Legislative Black

41. Lewis, Marnika – Plaintiff-Appellant.

42. Marshall, Steve – Attorney General of Alabama, Defendant-Appellee.

43. McCampbell, A.J. – Member of the Alabama Legislative Black Caucus.

44. McClammy, Thad – Member of the Alabama Legislative Black Caucus.

45. Moore, Mary – Member of the Alabama Legislative Black Caucus.

46. Parker, William Glenn – Counsel for Defendants-Appellees the State of Alabama and Attorney General Steve Marshall.

47. Rogers, John – Member of the Alabama Legislative Black Caucus.

48. Ross, Quinton – Member of the Alabama Legislative Black Caucus.

49. Rouco, Richard P. – Counsel for Plaintiffs-Appellants Marnika Lewis, Antoin Adams, NAACP Alabama State Conference, and Greater Birmingham Ministries.

50. Sanders, Hank – Member of the Alabama Legislative Black Caucus.

51. Scott, Rod – Member of the Alabama Legislative Black Caucus.

52. Singleton, Bobby – Member of the Alabama Legislative Black Caucus.

53. Smitherman, Rodger – Member of the Alabama Legislative Black Caucus.

54. State of Alabama – Defendant-Appellee.

55. Still, Edward – Counsel for Plaintiffs-Appellants Alabama Legislative Black Caucus and members thereof.

56. Stroup, Robert H. – Counsel for Plaintiffs-Appellants Marnika Lewis, Antoin Adams, NAACP Alabama State Conference, and Greater Birmingham Ministries.

57. Warren, Pebblin – Member of the Alabama Legislative Black Caucus.

58. Whatley, Joe R. – Counsel for Plaintiffs-Appellants Marnika Lewis, Antoin Adams, NAACP Alabama State Conference, and Greater Birmingham Ministries.


                                        Fredric L. Fullerton, II
                                        Assistant City Attorney


iv

## Statement Regarding Oral Argument

The Appellees do not request oral argument in this case.

## Certificate of Type Size and Style

Pursuant to Eleventh Circuit Rule 28.1(d) the following is the type and style used in this brief:

Times New Roman 14 pt.

# <u>TABLE OF RECORD REFERENCES IN THE BRIEF</u>

<u>Brief Page No.</u>                    <u>Docket No.</u>

*None*

USCA11 Case: 17-11009    Document: 102    Date Filed: 07/05/2017    Page: 7 of 17

# Table of Contents

Certificate of Interested Persons and Corporate Disclosure Statement ...................... i

Statement Regarding Oral Argument ........................................................................ v

Certificate of Type Size and Style ........................................................................... v

Table of Records References in Brief ...................................................................... vi

Table of Contents ................................................................................................... vii

Table of Citations ..................................................................................................... 1

Summary of the Argument ........................................................................................ 2

Argument and Citations of Authority ....................................................................... 3

Conclusion ................................................................................................................. 6

Certificate of Compliance ......................................................................................... 6

Certificate of Service ................................................................................................ 7

## Table of Citations

| **CASES** | **PAGE(S)** |
|---|---|
| *NONE* | |

## Summary of the Argument

This is a situation in which the City of Birmingham's ordinance became inoperative as a result of Act 2018-18. As Defendants-Appellees, City and Mayor Bell, with actions of its City Council, passed Ordinance No. 16-28, in some aspects, supports the Plaintiffs-Appellants appeal.

Plaintiffs-Appellants indicated that Mayor William A. Bell, Sr. is a party because he has not acted to enforce Ordinance 16-281 because of Act 2016-18. Similarly, they have sued the City of Birmingham due to its non-enforcement of Ordinance 16-28 because of Act 2016-18. Recognizing these facts, Plaintiffs-Appellants state that City of Birmingham and Mayor Bell were made Defendants in this litigation "only" for purposes of the "relief" sought – i.e., to enforce its Ordinance No. 16-28 assuming the District Court would rule in the Plaintiffs-Appellants' favor.

## Argument and Citations of Authority

At issue in this case is who has the authority to establish a minimum wage - State of Alabama or the City of Birmingham (and others). The Plaintiffs-Appellants appeal challenges the District Court's pleading-stage dismissal of Plaintiffs' constitutional and federal statutory claims challenging the State of Alabama Uniform Minimum Wage and Right-to-Work Act, Ala. Act No. 2016-18. Ala. Act No. 2016-18 was passed in response to Birmingham's adoption of Ordinance No. 16-28 raising the minimum wage for workers in the City of Birmingham.

Plaintiffs-Appellants assert that Act 2016-18 violates fundamental rights of Birmingham citizens, and other citizens of majority-black municipalities in Alabama, secured by the Fourteenth and Fifteenth Amendments to the United States Constitution and the Voting Rights Act of 1965. Plaintiffs do not pursue on appeal their claims under the Thirteenth Amendment or the Privileges and Immunities Clause of the Fourteenth Amendment.

On August 18, 2015, the Birmingham City Council unanimously passed, with one abstention, Ordinance 15-124 that would raise the minimum wage for employees working in the city to $8.50 per hour as of July 1, 2016, and $10.10 per hour on July 1, 2017. Ordinance 16-28 moved the effective date of the minimum wage increase to February 24, 2016 and increased the minimum wage to $10.10.

3

In the 2016 regular session, prior to the Birmingham Ordinance taking effect, the Legislature enacted the Alabama Uniform Minimum Wage and Right-to-Work Act at issue in this lawsuit ("Act 2016-18" or "the Act"). *See* Ala. Act No. 2016-18, *provisionally codified* at Ala. Code §§ 25-7-40 *et seq*. The Alabama Legislature expressed its purpose of the Act was to "ensure that [labor] regulation and policy is applied uniformly throughout the state." Act No. 2016-18, § 6(a). The Act further establishes the Legislature's "complete control" over not only minimum wage policy, but also other issues such as "collective bargaining under federal labor laws," and "the wages, leave, or other employment benefits provided by an employer" to its employees.

But for State's Act 2016-18, the City of Birmingham, and all other counties, municipalities, or any other political subdivisions in the State of Alabama, would perhaps be enacting and enforcing their own minimum wage ordinances. Because Act 2016-18 bars the City of Birmingham, and other counties, municipalities, or any other political subdivisions, "not [to] enact or administer any ordinance ... requiring an employer to provide any employee ... any employment benefit, including ... wage[s] ... that is not required by state or federal law.", cities such as Birmingham have under state law, have no choice but to do so.

4

Plaintiffs-Appellants contend that the City's actions in complying with state law under the terms of Act 2016-18 are a cause of the Plaintiffs-Appellants' loss of wages coerced by the challenged statute. By complying with the Act, Plaintiffs argue, the City of Birmingham effectively "enforces" it and therefore has "some connection with the enforcement of the provision at issue." Defendants-Appellees City of Birmingham and Mayor Bell disagree with this one assertion.

Nothing prohibits employers from paying the minimum wage set forth in the City's ordinance. What the Alabama Legislature has decreed is that a municipality may not *require* a different minimum wage than that sanctioned by federal law. There is no plausible allegation here that implicates the Defendants-Appellees City and Mayor Bell with respect to any injury in fact suffered by Plaintiffs-Appellants.

Many state governments have been unwilling to raise wages in a way that accurately reflects the needs of their cities and residents thus local governments have had to take steps to protect the health, safety and welfare of their residents. The City of Birmingham made such a move and adopted a local minimum wage ordinance that is reflective of the fact that the cost of living is usually not uniform within a state, and that the state minimum wage should simply be a floor upon which areas with a higher cost of living should be able to legislate higher wages in response to local conditions.

5

## Conclusion

The U.S. District Court incorrectly ruled in dismissing the pleading-stage Plaintiffs' constitutional and federal statutory claims challenging the State of Alabama Uniform Minimum Wage and Right-to-Work Act, Ala. Act No. 2016-18. The decision below should be reversed.

Respectfully submitted,

Fredric L. Fullerton, II
Assistant City Attorney

Kayla S. Lawrence
Assistant City Attorney

City of Birmingham
710 N. 20TH Street
Room 600
Birmingham, Alabama 35203
(205) 254-2369/FAX 254-2502

## Certificate of Compliance

I hereby certify that this brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(i), because this brief contains 2163 words, excluding the parts of the brief exempted by 11th Cir. R. 32-4.

/s/Fredric L. Fullerton, II
Fredric L. Fullerton, II
Assistant City Attorney

6

## Certificate of Service

I hereby certify that on July 5, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter. On that same date, I caused physical copies of the foregoing BRIEF OF DEFENDANTS-APPELLEES to be filed with the Clerk of Court and served upon the following counsel by U.S. First Class Mail:

Barbara J. Chisholm, Esq.
Eric P. Brown, Esq.
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
bchisholm@altber.com
ebrown@altber.com

James U. Blacksher, Esq.
P.O. Box 636
Birmingham, AL 35201
Telephone: (205) 591-7238
jblacksher@ns.sympatico.ca

Edward Still, Esq.
EDWARD STILL LAW FIRM LLC
429 Green Springs Hwy, Ste. 161-304
Birmingham, AL 35209
Telephone: (205) 320-2882
still@votelaw.com

U. W. Clemon, Esq.
5202 Mountain Ridge Pkwy
Birmingham, AL 35222

Telephone: (205) 837-2898
clemonu@bellsouth.net

Glen M. Connor, Esq.
George N. Davies, Esq.
Richard P. Rouco, Esq.
QUINN, CONNOR, WEAVER,
DAVIES & ROUCO LLP
2 – 20th Street North, Suite 930
Birmingham, AL 35203
Telephone: (205) 870-9989
gconnor@qcwdr.com
gdavies@qcwdr.com
rrouco@qcwdr.com

Joe R. Whatley, Jr., Esq.
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Direct: (205) 488-1226
jwhatley@whatleykallas.com

Robert H. Stroup, Esq.
LEVY RATNER, P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011
Telephone: (212) 627-8100
rstroup@levyratner.com

Mary Joyce Carlson, Esq.
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC 20005
Telephone: (202) 230-4096
carlsonmjj@yahoo.com

Andrew Brasher
James W. Davis
William Glenn Parker, Jr.
State of Alabama Attorney General's Office
501 Washington Ave
PO BOX 300152
Montgomery, AL 36130-0152

/s/Fredric L. Fullerton, II
Fredric L. Fullerton, II
Assistant City Attorney

9