James U. Blacksher                          P.O. Box 636
Attorney at Law                             Birmingham, AL 35201

Phone: 205-591-7238                         Fax: 866-845-4395
                                            E-mail:
                                            jblacksher@ns.sympatico.ca

May 15, 2019

Hon. David J. Smith
ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Attn:  Jenifer L. Tubbs

Re:    *Marnika Lewis et al. v. State of Alabama et al.*, Appeal No. 17-11009

Dear Ms. Tubbs,

Pursuant to 11th Cir. R. 28-1, I.O.P. 4, Plaintiffs-Appellants Alabama Legislative
Black Caucus, Louise Alexander, Marika Coleman-Evans, Priscilla Dunn,
Juandalynn Givan, Mary Moore, John Rogers, Rodger Smitherman, and William
Muhammad, through undersigned counsel, give notice that they waive their right
to file a reply brief.

Respectfully,

/s/ James U. Blacksher
James U. Blacksher

cc:    all parties via ECF system service